| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Transfer Court) 5:04-CR-142-1BO |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) 4:05CR 40029 |

| NAME AND ADDRESS OF OFFENDER | DISTRICT | DIVISION |
|---|---|---|
| David Christopher Lebrun 8 Eastview Avenue Billerica, MA 01821 | EASTERN NORTH CAROLINA | Western District |
| | NAME OF SENTENCING JUDGE Terrence W. Boyle | |
| | DATES OF SUPERVISION → | FROM 3/28/2005 — TO 3/27/2010 |

**OFFENSE**

Possession of a Firearm While Subject to a Domestic Restraining Order, 18 USC § 922(g)(8)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the District of Massachusetts upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

5-12-05
Date

/s/ Terrence Boyle
U.S. District Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

June 6, 2005
Effective date

/s/ William G. Young
United States District Judge