UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SUMMONS IN A CRIMINAL CASE**

UNITED STATES OF AMERICA

v.                                                CRIMINAL NO.
                                                  05-CR-40029-FDS
David Lebrun

---

YOU ARE HEREBY SUMMONED to appear before the U.S. District Judge F. Dennis Saylor IV at the time, date and place set forth below for a **Hearing on Conditions of Supervised Release**

PLACE:                          ROOM:
    U.S. DISTRICT COURT         **COURTROOM 2, 5th FLOOR**
    595 Main Street             DATE AND TIME:
    Worcester, MA  01608        Friday April 12, 2006
                                at 10:30AM

---

**TO THE DEFENDANT:** You should appear with your attorney at the time and place given above.  Failure to appear will result in the issuance of a warrant for your arrest.  If you are unable to afford an attorney and wish the court to appoint one for you, please telephone Deputy Clerk Martin Castles, 508-929-9904 as soon as possible.

You will receive two copies of this notice--one by regular mail and one by certified mail.

                                F. Dennis Saylor IV
                                U.S. District Judge

Dated: March 30, 2006           /s/ Martin Castles
                                Martin Castles
                                Deputy Clerk
                                (508) 929-9904


CC: AUSA and Defendant