```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,
          Plaintiff,
v.
                                    CR 05-40029-FDS

DAVID CRISTOPHER LEBRUN,
          Defendant,
```

ORDER OF APPOINTMENT OF COUNSEL

April 11, 2006

HILLMAN, M.J.

It is hereby ORDERED that Page Kelley of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

```
                              Timothy S. Hillman
                              MAGISTRATE JUDGE

                              By the Court:


                              /s/ Lisa B. Roland
                              Lisa B. Roland
                              Deputy Clerk
```