UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 05-40029-FDS |
| ) | |
| DAVID CHRISTOPHER LEBRUN, ) | |
| ) | |
| Defendant ) | |

ORDER

This matter has come before the Court upon petition by the United States seeking an order modifying the conditions of probation to include a special condition that the defendant shall not consume any alcoholic beverages while on probation.

The Court finds that based upon the testimony and evidence presented, and for the reasons stated on the record, that the proposed condition is reasonably related to the goals of sentencing and probation; that the proposed condition entails no greater *deprivation of* liberty than is reasonably necessary to achieve the goals of sentencing and probation; that the condition is consistent with pertinent policy statements issued by the United States Sentencing Commission; and that the condition has adequate evidentiary support in the record.

1

Therefore, the Court grants the petition and orders that in addition to the standard conditions and special conditions already imposed, the defendant is not to consume any alcoholic beverages during the period of his supervision.

/s/ F. Dennis Saylor
F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE

Dated: April 26, 2006